### Avant *v.* Avant, Appellant.

Submitted March 18, 1969. *Frank J. Shields*, for appellant; *James Dessen*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

### Balcom Realty Corp., Appellant, *v.* Tax Review Board.

Before SPAETH, JR., J.

Argued March 18, 1969. *Paul W. Lunkenheimer*, with him *Schumacker and Lunkenheimer*, for appellant; *Levy Anderson*, First Deputy City Solicitor, with him *Thomas A. Matthews*, Assistant City Solicitor, and *Edward G. Bauer, Jr.*, City Solicitor, for appellee.

Order affirmed.